IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation No. F3619514/26

9/29/11  FTA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. DAVID W. MEDEN,

Defendant.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant previously agreed to pay the $100.00 collateral forfeiture by September 30, 2011, however, since the Defendant is now back in the State of Colorado he wishes to appear in Court rather than paying the collateral amount on the ticket, therefore:

**IT IS HEREBY ORDERED** that the Defendant is set for an initial appearance on September 29, 2011 at 9:00 a.m. before the Magistrate Judge in Durango, Colorado.

**DATED: September 22, 2011.**

---

#### Certificate of Mailing

I hereby certify that on the _____ day of _____, 2011, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

U.S. Attorney's Office
103 Sheppard Drive, Suite 215
Durango, Colorado 81303

David Meden
(According to Defendant he has no mailing address)

1

By: _____
    Assistant to Magistrate Judge

2