IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Violation No. F3619514/26

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. DAVID W. MEDEN,

Defendant.

---

## MINUTE ORDER CONTINUING CASE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defendant previously agreed to pay the $75.00 collateral forfeiture and $25.00 CVB processing fee by September 30, 2011. On September 22, 2011, the Defendant called the Magistrate Judge's office and advised he was back in the State of Colorado and wanted to come to Court on the matter. He was scheduled for an initial appearance on September 29, 2011 at 9:00 a.m. The Defendant did not show but contacted the Court shortly thereafter, therefore:

**IT IS HEREBY ORDERED** that this matter is rescheduled for initial appearance on **November 8, 2011 at 9:00 a.m. in the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303.**

Failure to appear on that date and time may result in a warrant being issued for the arrest of the Defendant.

**DATED: October 14, 2011**

---

### Certificate of Mailing

I hereby certify that on the _14th_ day of _October_, 2011, a true and correct copy of the foregoing Minute Order was placed in the U. S. Mail, postage prepaid, to the following:

U. S. Attorney's Office                                                   David Meden

1

103 Sheppard Drive, Suite 215  
Durango, Colorado 81303

804 Alarid Street  
Santa Fe, New Mexico 87505

By: _____  
**Assistant to Magistrate Judge**